UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 23-4691-MWF(AGRx)**                                 Dated: AUGUST 14, 2023

Title:   Leopoldo Ariola et al v. Raytheon CA Technologies Corporation et al

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Amy Diaz |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

Melissa Rose Rinehart                                            Michael Afar

PROCEEDINGS:  PLAINTIFF'S MOTION TO REMAND [19] [17] VIA ZOOM.

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk  ys

-1-                                                                                       :07 mins.